**Order entered July 23, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00127-CR

**CLARENCE DANNEL DUNNINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80895-2013**

## ORDER

The Court **GRANTS** court reporter LaTresta Ginyard's July 21, 2014 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Ginyard to file the reporter's record **on or before July 28, 2014**. If Ms. Ginyard fails to file the reporter's record by July 28, 2014, we will order that she not sit as a court reporter until the record in this appeal is filed.

/s/     LANA MYERS
        JUSTICE